IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY LOCKHART,<br><br>    Plaintiff,<br><br>  v.<br><br>EDMUND G. BROWN,<br><br>    Defendants. | No. C 13-3742 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California prisoner proceeding pro se, filed this civil right action under 42 U.S.C. 1983. In his complaint he claims that he is "being held in violation of law" and he seeks to be released or re-sentenced. It is not clear what claims plaintiff has, but it is clear that the relief he requests must be pursued via a habeas petition, not a civil rights complaint. Habeas is the "exclusive remedy" for the prisoner who seeks "'immediate or speedier release'" from confinement. *Skinner v. Switzer*, 131 S. Ct. 1289, 1293 (2011) (quoting *Wilkinson v. Dotson*, 544 U.S. 74, 82 (2005)). Accordingly, this case is **DISMISSED** without prejudice to plaintiff filing a habeas petition in which he seeks earlier release.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September  24 , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE