IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY LOCKHART,     No. C 13-3742 WHA (PR)

    Plaintiff,     **JUDGMENT**

  v.

EDMUND G. BROWN,

    Defendant.

      Pursuant to the order of dismissal, judgment is entered in favor of defendant and against plaintiff.

    **IT IS SO ORDERED.**

Dated: September  24 , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE