**United States District Court**
For the Northern District of California

1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  MICHAEL ANTHONY LOCKHART,     No. C 13-3742 WHA (PR)
11           Plaintiff,        **JUDGMENT**
12   v.
13  EDMUND G. BROWN,
14          Defendant.
15  _____/
16     Pursuant to the order of dismissal, judgment is entered in favor of defendant and against
17  plaintiff.
18     **IT IS SO ORDERED.**
19
20  Dated: September  _24_ , 2013.
21                    WILLIAM ALSUP
                       UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28